United States District Court
Southern District of Texas
**ENTERED**
July 08, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| RASHAN WILLIAMS, § | |
| § | |
| Plaintiff, § | |
| § | |
| VS. § | CIVIL ACTION NO. H-16-00817 |
| § | |
| CONN APPLIANCES, INC., § | |
| § | |
| Defendant. § | |

### ORDER ON STIPULATION TO ARBITRATION

The parties filed a joint Stipulation to Arbitration, agreeing to submit all claims in the case to binding arbitration. (Docket Entry No. 7). The court grants the motion to have the case proceed to arbitration. Because all claims and defenses will be resolved in arbitration, this civil action is dismissed, without prejudice, in favor of the arbitration.

SIGNED on July 7, 2016, at Houston, Texas.

Lee H. Rosenthal
United States District Judge